The Law Offices of
# DAVID CLIFFORD HOLLAND
A Professional Corporation
Member of New York, New Jersey, and Maryland Bars

June 4, 2021

[Stamped Order, overlaying letter:]

> Application granted.
>
> The Clerk of the Court is respectfully directed to terminate Mr. Holland's representation of Matis on the docket and strike Doc. 50 and Doc. 51 from the docket, but retain the summary docket text for the record.
>
> The Clerk of the Court is directed further to terminate the motion sequence pending at Doc. 55 and to mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 7, 2021

[Partially obscured letter:]

... SDNY

Re: ... CH, et al.    SDNY Index #20-cv-02875 (PMH)
... eet – Representation of Sgt. Lynch, not Deft. Matis

... rrect a filing error on my part in the above captioned matter and ... ket to reflect my representation of Sgt. Lynch in this matter.

More specifically, I previously filed a Notice of Appearance and Answer on behalf of Defendant Matis in this action which were recorded as ECF Docket entry #50 and #51. Those filings were in error as Attorney Davidoff did and does still represent Defendant Matis in this action.

Yesterday, I filed my Notice of Appearance and Answer on behalf of Defendant Lynch which were recorded as ECF Docket entries #53 and #54.

I apologize for my error and respectfully request that the Court vacate entries #50 and #51 or enter some other Order into the record so as to reflect on the docket that I solely represent Sgt. Lynch in this matter.

Please let me know if the Court requires any further explanation and/or documentation or would otherwise like to discuss this request in further detail.

Respectfully submitted,

*David C. Holland, Esq.*

David C. Holland, Esq.
Counsel for Defendant Lynch